# STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

CIVIL ACTION NUMBER  21-SCCV-093228

CONE, SHYKEMMIA

---

**PLAINTIFF**

VS.

SOBATPREET, SINGH
2111606 ALBERTA, LTD., DBA
TRANSKING TRUCKING
ATLANTIC SPECIALTY INSURANCE
COMPANY

---

**DEFENDANTS**

**SUMMONS**

TO: ATLANTIC SPECIALTY INSURANCE COMPANY

You are hereby summoned and required to file with the Clerk of said court and serve upon the Plaintiff's attorney, whose name and address is:

**David Dozier**
**Dozier Law Firm**
**327 Third Street**
**Macon, Georgia 31201**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

**This 15th day of August, 2021.**

Clerk of State Court

---

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

**EXHIBIT A**

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-093228**
JBH
AUG 15, 2021 05:18 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHYKEMMIA CONE, | |
| Plaintiff, | Civil Action No. _____ |
| v. | |
| SINGH SOBATPREET, 2111606 ALBERTA, LTD. d/b/a TRANSKING TRUCKING, and ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |

## ORIGINAL COMPLAINT FOR DAMAGES

COMES NOW, the Plaintiff, Shykemmia Cone, by and through her undersigned attorneys of record, and files this, his Complaint for Damages, and respectfully showing this Honorable Court the following:

1.

The Defendant Singh Sobatpreet is a resident Hamilton, Ontario; however, he is subject to the venue and jurisdiction of this Court under O.C.G.A. § 9-10-33.

2.

The Defendant 2111606 Alberta, Ltd. d/b/a Transking Trucking (hereinafter referred to as "Transking Trucking") is a common/contract motor carrier, as defined by the Georgia Motor Carrier Act, that maintains its principal place of business in Calgary, Alberta and at all times relevant to this Complaint for Damages, was and is a joint tortfeasor with the Defendant Singh Sobatpreet, subjecting it to the venue and jurisdiction of this Court in accordance with O.C.G.A. § 14-2-510.

3.

The Defendant Atlantic Specialty Insurance Company is a foreign insurance company that maintains a registered agent in Gwinnett County, Georgia, who at all times relevant to this Complaint for Damages provided insurance to the Defendant Transking Trucking, a common/contract motor carrier, subjecting it to the venue and jurisdiction of this Court, pursuant to O.C.G.A. §§ 40-1-112, 40-1-117.

4.

Defendant Singh Sobatpreet, at all times relevant to this Complaint for Damages, was and/or is the employee and/or agent of Defendant Transking Trucking.

5.

At all times relevant to this Complaint, Defendant Singh Sobatpreet was acting within the course and scope of his employment or agency relationship with Defendant Transking Trucking.

6.

Defendant Transking Trucking is vicariously liable to Plaintiff for all damages sustained as a result of the negligence of the Defendant Singh Sobatpreet under the doctrine of *respondeat superior*.

7.

At all times relevant to this Complaint for Damages, the tractor trailer that Defendant Singh Sobatpreet was operating was and is used to move persons or goods for profit.

8.

Defendant Transking Trucking is engaged in the transportation of persons or property as a common motor carrier, as defined by the Georgia Motor Carrier Act.

9.

At all times relevant to this Complaint for Damages, the tractor trailer owned by the Defendant Transking Trucking and operated by the Defendant Singh Sobatpreet was and is insured by Atlantic Specialty Insurance Company.

10.

On or about August 16, 2019, on Spring Street at or near its intersection with Emery Highway in Bibb County, Georgia, the Defendant Singh Sobatpreet negligently operated a tractor trailer, proximately and foreseeably causing a collision with a vehicle in which the Plaintiff was a lawful and innocent passenger.

11.

The Defendant Singh Sobatpreet was negligent, as pled in ¶10, by failing to keep a proper lookout, failing to exercise due care while operating a tractor trailer, failing to maintain a safe distance of travel, failing to yield to the Plaintiff's lawful right of way, and failing to obey the Uniform Rules of the Road for the State of Georgia.

12.

The Defendant Transking Trucking was negligent in entrusting the aforementioned tractor trailer to the Defendant Singh Sobatpreet, hiring and retaining an unsafe employee, to wit: Defendant Singh Sobatpreet, and by failing to perform regular maintenance inspections as required under State and Federal law.

13.

As a proximate and foreseeable result of the Defendants' negligence, the Plaintiff was seriously injured, incurring costly and significant medical expenses in excess of $51,176.54 and lost wages in excess of $1.00.

14.

In addition to ¶13, the Plaintiff has endured and will continue to endure pain and suffering.

15.

The Plaintiff has a cause of action against the Defendant Singh Sobatpreet for negligence and all other applicable theories of liability.

16.

The Plaintiff has a cause of action against the Defendant Transking Trucking for negligence, negligent entrustment, negligent hiring and retention, negligent maintenance, *respondeat superior*, and all other applicable theories of liability.

17.

In accordance with O.C.G.A. § 40-1-112, the Defendant Atlantic Specialty Insurance Company, in being the insurance provider for Defendant Transking Trucking, a common/contract motor carrier, is directly actionable by the Plaintiff for the damages he sustained in the above referenced accident.

18.

The Plaintiff is entitled to recover from the Defendants for her past and future medical expenses, past and future pain and suffering, and all other damages as permitted by law.

WHEREFORE, Plaintiff prays that she have a judgment against the Defendants in an amount determined by a fair and impartial jury to be adequate and just.

*{Signature on Following Page}*

This 15th Day of August, 2021.

                                             /s/ David Dozier
                                             David Dozier
                                             GA Bar No. 228898
                                             Sean G. Hickey
                                             GA Bar No. 298798
                                             Attorneys for Plaintiff

THE DOZIER LAW FIRM, LLC
327 Third Street
PO Box 13
Macon, GA 31202-0013
(478) 742-8441
david@dozierlaw.com
shickey@dozierlaw.com

**PLEASE HAVE THE SHERIFF SERVE THE DEFENDANTS AT THE FOLLOWING:**

Singh Sobatpreet
62 Mohawk Road East
Hamilton, Ontario L9A 2G9

2111606 Alberta, Ltd. d/b/a Transking Trucking
747 Taradale Drive Northeast
Calgary, Alberta T5J 4X3

Atlantic Specialty Insurance Company
Registered Agent: Corporation Service Company
2 Sun Court, Suite 400
Peachtree Corners, Georgia 30092

**EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-093228**
JBH
SEP 22, 2021 10:35 AM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| SHYKEMMIA CONE, <br><br> Plaintiff, <br><br> v. <br><br> SINGH SOBATPREET, 2111606 ALBERTA, LTD. d/b/a TRANSKING TRUCKING, and ATLANTIC SPECIALTY INSURANCE COMPANY, <br><br> Defendants. | Civil Action No. 21-SCCV-093228 |

### ORDER GRANTING CONSENT MOTION TO AMEND PARTIES PURSUANT TO O.C.G.A. § 9-11-21

WHEREAS, the Parties have submitted a consent motion to amend the parties, the same has been reviewed and the motion is hereby GRANTED. It is so ordered that:

1.

Intact Financial Corporation is substituted in this present action for Atlantic Specialty Insurance Company. The Clerk is hereby directed to amend the record to reflect the caption of the case as follows:

2.

The Plaintiff shall not be required to file an amended complaint in the present action.

3.

Intact Financial Corporation has acknowledged and waived the issuance of a summons and acknowledged and waived service of process.

**EXHIBIT A**

<u>Cone v. Singh Sobatpreet, et al</u>, Civil Action No. 21-SCCV-093228
Order Granting Consent Motion to Amend Parties Pursuant to O.C.G.A. § 9-11-21

4.

Atlantic Specialty Insurance Company is hereby dismissed from this action.

It is SO ORDERED this **22** day of **September** 2021.

_____
Honorable, Judge Jeff Hanson
State Court of Bibb County

Prepared by:
David Dozier
DOZIER LAW FIRM, LLC
327 Third Street
P.O. Box 13
Macon, GA 31202-0013
478-742-8441
david@dozierlaw.com

**EXHIBIT A**

⚡ EFILED IN OFFICE
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-093228**
JBH
SEP 16, 2021 03:51 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **SHYKEMMIA CONE,** | |
| Plaintiff, | **CIVIL ACTION FILE NO.** |
| v. | **21-SCCV-093228** |
| **SINGH SOBATPREET, 2111606 ALBERTA LTD. d/b/a TRANSKING TRUCKING and ATLANTIC SPECIALTY INSURANCE COMPANY,** | |
| Defendants. | |

## ACKNOWLEDGEMENT OF SERVICE OF PROCESS FOR DEFENDANT SOBATPREET SINGH

The undersigned counsel for Defendant Sobatpreet Singh ("Defendant"), incorrectly identified above as Singh Sobatpreet, in the above-styled action hereby acknowledges service of the Summons and Complaint in this matter, waives service of formal process, and states that Defendant has accepted service and process voluntarily and will respond to the Complaint as if served in accordance with law on the below date. Defendant reserves all defenses he may assert in this action except defenses related to sufficiency of service of process.

This the 16th day of September, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Paul Petersen*
SEAN B. COX
Georgia Bar No. 664108
PAUL E. PETERSEN
Georgia Bar No. 791066
*Counsel for Defendants*

191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
ppetersen@hallboothsmith.com

EXHIBIT A

Case 5:21-cv-00349-MTT   Document 1-2   Filed 09/28/21   Page 10 of 12

# IN THE STATE COURT OF BIBB COUNTY
## STATE OF GEORGIA

| | |
|---|---|
| SHYKEMMIA CONE, | |
| Plaintiff, | CIVIL ACTION FILE NO. |
| v. | 21-SCCV-093228 |
| SINGH SOBATPREET, 2111606 ALBERTA LTD. d/b/a TRANSKING TRUCKING and ATLANTIC SPECIALTY INSURANCE COMPANY, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT SOBATPREET SINGH'S ACKNOWLEDGMENT OF SERVICE** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with Peach Court which will automatically send electronic notification to the following:

David Dozier
Sean G. Hickey
Dozier Law Firm LLC
327 Third Street
PO Box 13
Macon, GA 31202-0013
david@dozierlaw.com
shickey@dozierlaw.com

This 16th day of September, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Paul E. Petersen*
SEAN B. COX
Georgia Bar No. 664108
PAUL E. PETERSEN
Georgia Bar No. 791066
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
ppetersen@hallboothsmith.com

**EXHIBIT A**

**EFILED IN OFFICE**
CLERK OF STATE COURT
BIBB COUNTY, GEORGIA

**21-SCCV-093228**
JBH
SEP 16, 2021 03:51 PM

Patricia M. Graves, Clerk of State Court
Bibb County, Georgia

IN THE STATE COURT OF BIBB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| **SHYKEMMIA CONE,**<br><br>    Plaintiff,<br><br>v.<br><br>**SINGH SOBATPREET, 2111606 ALBERTA LTD. d/b/a TRANSKING TRUCKING and ATLANTIC SPECIALTY INSURANCE COMPANY,**<br><br>    Defendants. | **CIVIL ACTION FILE NO.**<br><br>**21-SCCV-093228** |

## ACKNOWLEDGEMENT OF SERVICE OF PROCESS FOR DEFENDANT 2111606 ALBERTA, LTD D/B/A TRANSKING TRUCKING

The undersigned counsel for Defendant 2111606 Alberta, LTD d/b/a Transking Trucking ("Defendant"), in the above-styled action hereby acknowledges service of the Summons and Complaint in this matter, waives service of formal process, and states that Defendant has accepted service and process voluntarily and will respond to the Complaint as if served in accordance with law on the below date. Defendant reserves all defenses it may assert in this action except defenses related to sufficiency of service of process.

This the 16th day of September, 2021.

                                          **HALL BOOTH SMITH, P.C.**

                                          */s/ Paul Petersen*
                                          SEAN B. COX
                                          Georgia Bar No. 664108
                                          PAUL E. PETERSEN
                                          Georgia Bar No. 791066
                                          *Counsel for Defendants*

191 Peachtree Street, N.E., Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
ppetersen@hallboothsmith.com

                          **EXHIBIT A**

# IN THE STATE COURT OF BIBB COUNTY
# STATE OF GEORGIA

| | |
|---|---|
| **SHYKEMMIA CONE,** | |
| Plaintiff, | **CIVIL ACTION FILE NO.** |
| v. | **21-SCCV-093228** |
| **SINGH SOBATPREET, 2111606 ALBERTA LTD. d/b/a TRANSKING TRUCKING and ATLANTIC SPECIALTY INSURANCE COMPANY,** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT 2111606 ALBERTA, LTD D/B/A TRANSKING TRUCKING'S ACKNOWLEDGMENT OF SERVICE** upon all parties to this matter by depositing same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with Peach Court which will automatically send electronic notification to the following:

David Dozier
Sean G. Hickey
Dozier Law Firm LLC
327 Third Street
PO Box 13
Macon, GA 31202-0013
david@dozierlaw.com
shickey@dozierlaw.com

This 16th day of September, 2021.

**HALL BOOTH SMITH, P.C.**

*/s/ Paul E. Petersen*
SEAN B. COX
Georgia Bar No. 664108
PAUL E. PETERSEN
Georgia Bar No. 791066
*Counsel for Defendants*

191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775
(404) 954-5000
(404) 954-5020 Fax
scox@hallboothsmith.com
ppetersen@hallboothsmith.com

EXHIBIT A