IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| SHYKEMMIA CONE, | * |
| Plaintiff, | * |
| v. | Case No. 5:21-cv-00349-MTT |
| | * |
| SINGH SOBATPREET, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated November 28, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 29th day of November, 2022.

David W. Bunt, Clerk

s/ Tydra Miller, Deputy Clerk